# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**DEBRA LYNNE DUNNELLS,**

   **Plaintiff,**

v.                                              Case No:  **5:12-cv-484-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**

---

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Defendant's Motion to Dismiss (Doc. No. 14). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED.** The Motion to Dismiss filed by the Defendant on January 10, 2013 is **DENIED.**

**DONE AND ORDERED** at Orlando, Florida, this _____ day of May, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties